1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   DANIEL JOSEPH               )  Case No. CV 09-8831 DDP (JCG)
     MCCORMACK,                  )
12                               )
13                 Petitioner,   )  **JUDGMENT**
                                 )
14          v.                   )
                                 )
15   TIM VIRGA, Warden,          )
                                 )
16                 Respondent.   )
                                 )
17   _____ )
18
19
20          IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
21   **PREJUDICE**.
22
23   DATED:  _August 12, 2011.
24                                   _____
25                                        HON. DEAN D. PREGERSON
                                        UNITED STATES DISTRICT JUDGE
26
27
28